United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KARLO HIOVANI LOYA-RAMOS,       §
                                §
         Petitioner,            §
                                §    CIVIL ACTION NO. 4:26-cv-03434
v.                              §
                                §
WARDEN, Montgomery Processing   §
Center, *et al.*,               §
                                §
         Respondents.           §

## ORDER OF DISMISSAL

The petitioner, Karlo Hiovani Loya-Ramos, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On July 2, 2026, the federal respondents filed an Advisory stating that the petitioner voluntarily departed the United States by flight on June 13, 2026. (Dkt. No. 7). The petitioner has not filed a response to the Advisory. Because the petitioner is no longer in custody, this habeas petition is moot.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 30, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge